IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS, JR.,

        Plaintiff,                 No. CIV S-06-2556 GEB EFB P

     vs.

D. K. SISTO, et al.,

        Defendants.         FINDINGS AND RECOMMENDATIONS

                             /

       Plaintiff is a state prisoner proceeding without counsel in a civil rights action. See 42 U.S.C. 1983.

       On December 6, 2002, the court dismissed plaintiff's claims against defendants J. Harrera, J. Butler, J. Zamora, W. Rodriguez and D. K. Sisto with leave to amend. *See* 28 U.S.C. § 1915A. The court informed plaintiff he could proceed against defendant A. Boholst by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants J. Harrera, J. Butler, J. Zamora, W. Rodriguez and D. K. Sisto without leave to amend.

       On December 18, 2006, plaintiff submitted materials for service of defendant A. Boholst.

       The court finds plaintiff has consented to dismissal of claims against defendants J. Harrera, J. Butler, J. Zamora, W. Rodriguez and D. K. Sisto without leave to amend.

Accordingly, it is hereby RECOMMENDED that claims against defendants J. Harrera, J. Butler, J. Zamora, W. Rodriguez and D. K. Sisto be dismissed without prejudice

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 17, 2007.

/s/ Edmund F. Brennan

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE