IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS, JR.,

     Plaintiff,                       No. CIV S-06-2556 GEB EFB P

     vs.

D. K. SISTO, et al.,

     Defendants.               ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On January 18, 2007, the court directed the United States Marshal to serve process on defendants. On March 23, 2007, defendants requested an extension of time to file a response to the complaint. Through clerical oversight, the court never ruled on this request. On May 21, 2007, the parties filed a signed stipulation in which they agreed that defendants shall file and serve a response to the complaint no later than June 15, 2007.

     Accordingly, it is ORDERED that the parties' May 21, 2007, stipulation is approved and defendants shall file and serve a response to the complaint no later than June 15, 2007.

Dated: June 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE